■ In the Matter of Arbitration between NEW YORK JOURNAL-AMERICAN, a Division of Hearst Consolidated Publications, Inc., Appellant, and M. MICHAEL POTOKER, as Secretary-Treasurer of New York Newspaper Guild, Local 3, Respondent. SYLVAN GOTSCHAL, as President of American Arbitration Association, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent-respondent Newspaper Guild. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ In the Matter of A. MARK LEVIEN, Respondent-Appellant, against AGNES T. CONDON, Appellant-Respondent.— Order unanimously affirmed. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ In the Matter of the Arbitration between JOSEPH KATZ, Respondent, and BENJAMIN BURKIN et al., Appellants.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied. In substance the items tendered for arbitration are no different than those involved in the case previously decided (*Matter of Burkin [Katz]* 1 A D 2d 655). The prior decision is therefore controlling here. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ TILLIE VOGEL et al., Respondents, v. WILLIAM BERNSTEIN COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ ANTONIO MATOS, as Administrator of the Estate of LOUISE MATOS, Deceased, Appellant, v. CEDAR INVESTORS, INC., et al., Respondents, el al., Defendant. ANTONIO MATOS, as Administrator of the Estate of LOUISE MATOS, Deceased, Appellant, v. CITY OF NEW YORK et al., Defendants.— Order unanimously modified so as to grant relief to the extent of directing a joint trial and, as so modified, affirmed. The two cases are so related as to make a joint trial advisable. Settle order on notice. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ NEW ENGLAND INDUSTRIES, INC., Respondent, v. YOUSSEFIAN & CIE., Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ. [See *post*, p. 886.]

■ FRANCES JASEN, Appellant, v. HARRY COHEN, as Temporary Administrator of the Estate of SAUL H. JASEN, Deceased, Respondent.— Order entered March 14, 1956, denying plaintiff's motion to examine certain witnesses specified in the notice of motion, and order entered April 12, 1956, denying plaintiff's motion for reargument, unanimously affirmed. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ SIGHTMASTER CORP., Respondent, v. CROMPTON-RICHMOND COMPANY, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ PATRICIA W. VANDERBILT, Appellant, v. CORNELIUS VANDERBILT, JR., Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.